# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 19-1386

———————————————

Cecil W. Proctor

*Plaintiff - Appellant*

v.

Dr. Steven Foltz, Miller County Detention Center; Nurse King, Head Nurse,
Miller County Detention Center

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

——————————

Submitted: November 7, 2019
Filed: November 13, 2019
[Unpublished]

——————————

Before GRUENDER, WOLLMAN, and KOBES, Circuit Judges.

——————————

PER CURIAM.

In this 42 U.S.C. § 1983 action, inmate Cecil W. Proctor appeals the district court's[1] adverse grant of summary judgment. Viewing the evidence and drawing all reasonable inferences in Proctor's favor, see Faulkner v. Douglas Cty., Neb., 906 F.3d 728, 732 (8th Cir. 2018) (de novo review), we agree with the district court that defendants were entitled to summary judgment. The judgment is affirmed. See 8th Cir. R. 47B.

———————————————————

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas.